UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

**-vs-**

JEFFERY D. PERRY
JERMAINE J. CHAPMAN, also known as
"Dump Truck"

CRIMINAL CASE

NO.  13-57-JJB-RLB

ORDER OF TEMPORARY DETENTION
PENDING HEARING[1] PURSUANT TO
BAIL REFORM ACT

Upon motion of the government;

**IT IS ORDERED** that a detention hearing and arraignment are set for **May 23, 2013** at **10:00 a.m.** before United States Magistrate Judge Stephen C. Riedlinger in Courtroom 5 at 777 Florida Street, Baton Rouge, Louisiana.  Pending the detention hearing and arraignment, the defendants shall be held in custody by the United States Marshal and produced for the hearing.

Signed in Baton Rouge, Louisiana, on May 20, 2013.

RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the government or upon the judicial officer's own motion, if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate or attempt to threaten, injure, or intimidate a prospective witness or juror.