# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

Criminal Action No.   13-57-JJB-RLB

-vs-

JEFFERY D. PERRY,  
JERMAINE J. CHAPMAN,  
A/K/A "DUMP TRUCK"

AUSA:  Robert W. Piedrahita  
Dfts. Attys.:  Lance Unglesby  AND  
   Logan Greenberg   (for Jeffery Perry)  
   David Rozas (for Jermaine J. Chapman)

| | | | |
|---|---|---|---|
| JUDGE: | Stephen C. Riedlinger | DATE: | May 23, 2013 |
| DEPUTY CLERK: | Bridget Wolfe | TAPE/REPORTER: | |
| INTERPRETER: | | PRETRIAL/PROBATION: | Lynn Guillot |

## CLERK'S MINUTES

### ARRAIGNMENT AND DETENTION HEARING

The defendants were advised of their rights and the purpose of this hearing.

The defendants were advised of the maximum possible penalties for the charges pending against them in the indictment.

The defendants entered separate pleas of NOT GUILTY.

The court will issue a scheduling order.

The government asked the court to take judicial notice of the indictment which gives rise to the rebuttable presumption.

The government offered U.S. Exhibits 1, 2, 3, 4, 5, 5A, 6, and 7.  These exhibits were admitted without objection.

C: cr1;  T-  :16  
C: cr13; T- 2:13

     Lieutenant Wayne Brashier was sworn and testified on behalf of the government.

     Video clips were played for the court.

     The government offered U.S. Exhibits 5A1, 5A2, and 5A3. These exhibits were admitted without objection.

     The hearing was recessed in order for the court to review the exhibits.

     The hearing resumed and the parties presented argument.

     The court found that no conditions of release could be set for the defendants which would ensure the safety of the witnesses.  The court granted the motion by the government for detention of these defendants.

     The defendants were remanded to the custody of the United States Marshal.

*   *   *

```
C: cr1;   T-   :16
C: cr13;  T- 2:13
```