UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13-57-JJB-RLB |
| | : | |
| *versus* | : | |
| | : | |
| JEFFREY D. PERRY, ET AL. | : | |

## MOTION TO ENROLL COUNSEL

The United States of America hereby moves this Court to enroll Brandon J. Fremin, Assistant United States Attorney, as co-counsel with Robert W. Piedrahita, Assistant United States Attorney, in this criminal action.

WHEREFORE, the United States prays for the entry of an order enrolling Brandon J. Fremin, as co-counsel for the United States in this action.

UNITED STATES OF AMERICA, by

DONALD J. CAZAYOUX, JR.
UNITED STATES ATTORNEY

/s/ Robert W. Piedrahita
Robert W. Piedrahita, LBN 10989
Assistant United States Attorney
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Telephone: (225) 389-0443
Fax: (225) 389-0561
E-mail: robert.piedrahita@usdoj.gov

## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13-57-JJB-RLB |
| | : | |
| *versus* | : | |
| | : | |
| JEFFREY D. PERRY, ET AL. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing United States' Motion to Enroll Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to Andre Belanger by operation of the court's electronic filing system.

Baton Rouge, Louisiana this 17th day of June, 2013.

/s/ Robert W. Piedrahita
ROBERT W. PIEDRAHITA
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 13-57-JJB-RLB |
| *versus* | : | |
| JEFFREY D. PERRY, ET AL. | : | |

## **ORDER**

The United States of America's Motion to Enroll Counsel considered, and for good cause shown,

IT IS ORDERED that Brandon J. Fremin, Assistant United States Attorney, is hereby enrolled as co-counsel with Robert W. Piedrahita, Assistant United States Attorney, for the United States of America.

Baton Rouge, Louisiana this _____ day of June, 2013.

_____
JAMES J. BRADY
UNITED STATES DISTRICT COURT