UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS                                          CRIMINAL NO. 3:13-cr-00057-JJB-RLB

JEFFERY PERRY

## MOTION TO ADOPT MOTION OF CO-DEFENDANT TO ALLOW DEFENDANT TO APPEAR IN CIVILIAN CLOTHING AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT,** though undersigned counsel, comes Defendant, Jeffery D. Perry, and respectfully moves this Court as follows:

1.

Co-defendant Jonathan J. Perry has filed a *Motion to Allow Defendant to Appear in Civilian Clothing and Incorporated Memorandum in Support.* (Doc 129)

2.

Mr. Jeffery D. Perry is situated procedurally similar to his co-defendant and the reasons set forth in his co-defendant's motion also apply to him.

3.

Mr. Jeffery D. Perry seeks to adopt his co-defendant's motion in extensor as if filed on his own behalf and prays that he be granted the same relief requested by his co-defendant.

**WHEREFORE,** Defendant, Jeffery D. Perry, prays that he be allowed to appear at trial in ordinary civilian clothes, and any other time the media or jurors might view Defendant.

Respectfully Submitted,

*s/ Lance Unglesby*

---

LANCE UNGLESBY, (# 29690)
UNGLESBY LAW FIRM
246 Napoleon St
Baton Rouge, LA 70802
Telephone:     (225) 387-0120
Facsimile :     (225) 336-4355
lance@unglesbylaw.com

**Attorney for Defendant,**
**Jeffery D. Perry**

CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2013 the above and foregoing pleading was electronically served on counsel of record in this matter by the Court's ECF filing system through ECF notification.

*s/ Lance Unglesby*
---
Lance Unglesby