## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 20, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-30538   USA v. Jermaine Chapman, et al
                  USDC No. 3:13-CR-57-4

Enclosed is an order entered in this case.

Your appeal has been placed in abeyance this date pending resolution of a conflict hearing regarding a potential conflict of interest concerning the representation of appellant cross-appellee, Mr. Jeffery D. Perry by attorney J. David Bourland. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Cindy M. Broadhead, Deputy Clerk
                                      504-310-7707

Mr. Christopher Albert Aberle
Mr. J. David Bourland
Ms. Mary Patricia Jones
Mr. Michael L. McConnell
Mr. Robert William Piedrahita
Mr. Joseph Kelsey Scott III

**P.S. to Counsel: A status report must be filed every thirty (30) days through the electronic case filing system (ECF) in this court advising us of the status until resolution of the matter in the U.S. District Court.**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-30538
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee Cross-Appellant

v.

JERMAINE J. CHAPMAN, also known as Dump Truck,

    Defendant - Appellant

JEFFERY D. PERRY,

    Defendant - Appellant Cross-Appellee

CHARLES BOYER, also known as Slim,

    Defendant - Appellant

_____

Appeals from the United States District Court for the
Middle District of Louisiana, Baton Rouge
_____

Before HIGGINBOTHAM, SMITH, and OWEN, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the unopposed motion of the United States of America to remand the case for the limited purpose of a conflict hearing is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of the United States of America to suspend the briefing schedule pending further order of the Court is GRANTED.